STATE OF CONNECTICUT *v.* ALBERT HIGGINS

*Michael A. Georgetti,* in support of the petition.

Decided February 19, 2003

STATE OF CONNECTICUT *v.* KIRK R.

The Supreme Court docket number is SC 16940.

*Donald D. Dakers,* special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided February 19, 2003

DEAN M. HOTTLE *v.* BDO SEIDMAN, LLP

BDO SEIDMAN, LLP *v.* DEAN M. HOTTLE